**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Lorenzo Chuta-Salazar,
**Petitioner**

V.

CIVIL ACTION
NO. 26cv11287-IT

Markwayne Mullin et al
**Respondents**

**ORDER OF DISMISSAL**
August 24, 2026

**TALWANI D.J.**,

In accordance with the Court's ELECTRONIC ORDER dated August 24, 2026, it is hereby ORDERED that any stay orders are vacated and this petition is DISMISSED.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk